1  RICHARD L. MAHFOUZ II
   Clerkin & Sinclair, LLP
2  964 5th Avenue, Suite 235
   San Diego, CA 92101
3  Telephone: (619) 308-6550
   Fax: (619) 923-3143
4  rlmahfouz@clerkinlaw.com

5  Attorneys for Plaintiff
   STATE FARM MUTUAL AUTOMOBILE
6  INSURANCE COMPANY

7  MELINDA HAAG (CSBN 132612)
   United States Attorney
8  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
9  ANN MARIE REDING (CSBN 226864)
   Assistant United States Attorney
10
           450 Golden Gate Avenue, Box 36055
11         San Francisco, California 94102-3495
           Telephone: (415) 436-7200
12         FAX: (415) 436-6748
           annie.reding@usdoj.gov
13
   Attorneys for Defendant
14 UNITED STATES OF AMERICA

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                        SAN FRANCISCO DIVISION
18

19 STATE FARM MUTUAL AUTOMOBILE  )   No. CV 11-0321 JCS
   INSURANCE COMPANY,            )
20                               )
              Plaintiff,         )   [PROPOSED] ORDER
21                               )
       v.                        )
22                               )
   UNITED STATES OF AMERICA,     )
23                               )
              Defendant.         )
24 _____)

25      The Stipulation and Request to Continue the Case Management Conference is hereby

26 **GRANTED**. The Case Management Conference is continued until August 5, 2011 at 1:30 p.m.

27
   Dated: __5/26_____, 2011      _____
28                                         JOSEPH C. SPERO
                                      UNITED STATES DISTRICT JUDGE

   STIPULATION AND [PROPOSED] ORDER TO CONTINUE
   CV 11-0321 JCS