RICHARD L. MAHFOUZ II
Clerkin & Sinclair, LLP
964 5th Avenue, Suite 235
San Diego, CA 92101
Telephone: (619) 308-6550
Fax: (619) 923-3143
rlmahfouz@clerkinlaw.com

Attorneys for Plaintiff
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    annie.reding@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV 11-0321 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

///

///

///

///

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CV 11-0321 JCS

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and defendant UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

CLERKIN & SINCLAIR, LLP

DATED: 7/18/11

RICHARD L. MAHFOUZ II
Attorney for Plaintiff

MELINDA HAAG
United States Attorney

DATED: 7/18/11

ANN MARIE REDING
Assistant United States Attorney
Attorneys for Defendant

[~~PROPOSED~~] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

DATED:   7/21/11

THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CV 11-0321 JCS                                    2